IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARSHA WINBUSH,                          :
                                         :
            Plaintiff(s),                :
                                         :   Case Number: 1:09cv215
      vs.                                :
                                         :   Chief Judge Susan J. Dlott
COMMISSIONER OF SOCIAL SECURITY,         :
                                         :
            Defendant(s).                :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate

Judge Timothy S. Hogan filed on December 28, 2009 (Doc. 18), to whom this case was referred

pursuant to 28 U.S.C. §636(b).  The Court ADOPTS said Report and Recommendation.

Accordingly, the Court **ORDERS** that the ALJ's non-disability finding is **REVERSED**

and this case is **REMANDED** to the Commissioner under sentence four.  *See generally*

*Melkonyan v. Sullivan,* 501 U.S. 89, 100 (1991).  The parties stipulate that, upon remand, the

ALJ will attempt to obtain treatment records from Dr. Dillinger, updated or additional medical

evidence as available.  The ALJ will also, if necessary, further evaluate Plaintiff's residual

functional capacity and, if warranted, obtain the testimony from a vocational expert.

As no further issues remain, this case is **TERMINATED** from the docket.

IT IS SO ORDERED.


        ___s/Susan J. Dlott_____
        Chief Judge Susan J. Dlott
        United States District Court